IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID KREZINSKI,

    Plaintiff,

v.

BRAD HARDEL and
ADAM WOGSLAND,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-391-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff David Krezinski's failure to prosecute it.

/s/                                                 12/08/2017

Peter Oppeneer, Clerk of Court                 Date